IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

AMAN SINGH,

          Plaintiff,

v.

K. MARKS, CATHY JESS, PAUL KEMPER,
MS. BELLIS, UNNAMED RCI PROGRAM REVIEW
COMMITTEE MEMBERS, UNNAMED APPEAL
ADMINISTRATOR OF THE DOC OFFENDER
CLASSIFICATION AND MOVEMENT,
UNNAMED MEMBERS OF THE ACT 28 REPEAL
IMPLEMENTATION COMMITTEE, MS. SEITZ,
EMILY NELSON, and KATHY NAGLE,

          Defendants.

OPINION & ORDER

14-cv-507-jdp

---

Plaintiff Aman Singh, a resident of Greenfield, Wisconsin, is proceeding on claims that various prison officials unconstitutionally deprived him of opportunities to participate in programs while he was incarcerated at the Racine Correctional Institution that could have earned him early release, and that they rescinded "positive adjustment time" that he had earned. In a May 11, 2015 order screening plaintiff's claims, I did not allow plaintiff to proceed on an equal protection claim that prison officials denied his requests for work release privileges even though all other inmates who were rated "low risk" were granted that privilege, because plaintiff did not explain why he was discriminated against. Dkt. 6 (citing *Del Marcelle v. Brown Cnty. Corp.*, 680 F.3d 887, 899 (7th Cir. 2012) (per curiam) (Posner, J., leading opinion) ("The plaintiff must plead and prove both the absence of a rational basis for the defendant's action and some improper personal motive . . . for the differential treatment.")). I gave plaintiff until May 26, 2015, to submit an amended complaint more

fully developing that claim. *Id*. That deadline has now passed without word from plaintiff. Accordingly, IT IS ORDERED that plaintiff's equal protection claim regarding work release privileges is DISMISSED for failure to state a claim upon which relief may be granted. This case will proceed solely with the claims on which plaintiff was allowed to proceed in the May 11 order.

Entered July 6, 2015.

> BY THE COURT:
>
> /s/
>
> JAMES D. PETERSON
> District Judge