IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

AMAN SINGH,

    Plaintiff,

v.

                              Case No. 14-cv-507-jdp

KIMBERLY MARKS, CATHY JESS,
PAUL KEMPER, SARA BELLIS,
DEBORAH SEITZ, EMILY NELSON,
KATHY NAGLE, EDWARD WALL,
WISCONSIN DEPARTMENT OF
CORRECTIONS, PAULA DECKER,
THOMAS WIEGAND, TERESA
WIEGAND, JEREMY GLOUDEMANS,
TAD LEBRECK, JOHN BETT, TONY
STREVELER, CAROL BRIONES,
KATHRYN ANDERSON, SALLY TESS,
SHIRLEY STORANDT, MARK HEISE,
DANIELLE LACOST, AND DENNIS
BASKINS,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

    /s/                                      3/17/2019

Peter Oppeneer, Clerk of Court              Date