Case No: 14-CV-507

Singh, Aman

v.

Marks, K, et al

NOTICE OF APPEAL

Aman Singh files a notice of appeal from Order and Judgment granting Defendants' Motion for Summary Judgment and dismissing the case, entered on 3/27/2019.

Singh, Aman
04/26/2019